# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**LOIS PICKETT**                                                                                                **PLAINTIFF**

**v.**                          **CASE NO. 4:06-CV-1706 GTE**

**STONEBRIDGE LIFE INSURANCE COMPANY**            **DEFENDANT**

## ORDER

Presently before the Court is Plaintiff's Motion for Voluntary Nonsuit pursuant to Federal Rule of Civil Procedure 41(a). While the Court would normally dismiss the action without an order, Plaintiff has filed her notice of dismissal in the form of a motion. Therefore, the Court grants Plaintiff's Motion and dismisses her complaint without prejudice.

Accordingly,

IT IS THEREFORE ORDERED that the Motion for Voluntarily Nonsuit (Dkt. #16) be, and it is hereby, GRANTED. Plaintiff's Complaint is dismissed without prejudice.

Dated this 25th day of April, 2007.

                                                      /s/Garnett Thomas Eisele
                                                      UNITED STATES DISTRICT JUDGE